Commonwealth *v.* White et al., Appellants.

Argued June 10, 1968. *Donald W. Kramer,* for Patrick White, appellant; *Sara Duffy,* for James S. Minor, appellant; *John Phelan,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence in all appeals affirmed.

Commonwealth *v.* Wilcox, Appellant.

Argued June 11, 1968. *Carolyn Engel Temin,* Assistant Defender, with her *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.